

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building　　　　　　　　　　　(302) 573-6277
1007 Orange Street, Suite 700　　　　　FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

January 12, 2005

**Hand Delivered**

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

SEALED [crossed out] UNSEALED 6/26/06 KJK

Re:  **United States v. Hurst**

Dear Judge Farnan:

This letter is to confirm a conversation with Chambers on January 12, 2005.

The Government (through its DOJ-based trial attorney, Raja Chatterjee, Esquire) and the Defendant (through Edmund D. Lyons, Jr., Esquire) have both advised me that they expect to be ready to enter a sealed guilty plea in the above-captioned matter next Wednesday, January 19, 2005, at 10 a.m. I understand the time is set aside on the Court's calendar, and, on behalf of all the parties, thank the Court for its consideration in this matter.

I will provide the Court with the paperwork relating to the plea, including the Felony Information, Waiver of Indictment, the Plea Agreement, and a Motion to Seal, when I obtain the final versions of those documents, which, as of this writing, are not final.

I am available at the Court's convenience should I be able to provide any further information in relation to this case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

FILED
JAN 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

pc:  Raja Chatterjee, Esquire
Edmund D. Lyons, Esquire