~~CONFIDENTIAL~~ UNSEALED 6/26/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ~~SEALED~~ |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-02 JJF |
| ) | |
| Craig A. Hurst, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO SEAL

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Raja Chatterjee, Trial Attorney, Criminal Division, Fraud Section, and respectfully moves this Honorable Court for an order sealing the Information and the file as publicly available information, because it would thwart the defendant's cooperation and could endanger him.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Raja Chatterjee_
Raja Chatterjee
Trial Attorney
Criminal Division, Fraud Section

Dated: January 18, 2005

IT IS SO ORDERED this 18 day of January, 2005.

_/s/ Joseph J. Farnan_
United States District Court

FILED
JAN 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE