IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-002 JJF |
| CRAIG A. HURST, | : | (SEALED) UNSEALED 6/26/06 KJK |
| Defendant. | : | |

**ORDER**

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Monday, May 2, 2005, at 12:45 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

February 10, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
FEB 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE