IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Act. No. 05-02-JJF |
| ) | |
| CRAIG HURST, ) | FILED UNDER SEAL |
| ) | UNSEALED 6/26/06 |
| Defendant. ) | KJK |

## ENTRY OF APPEARANCE

Please enter my appearance as attorney for Plaintiff, the United States of America, in the above-captioned case.

Respectfully submitted,

Shannon T. Hanson
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:   February 22, 2005



FILED
FEB 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>v.  )<br>CRAIG HURST,  )<br>  )<br>     Defendant.  ) | Criminal Action No. 05-02-JJF<br><br>**FILED UNDER SEAL** |

### AFFIDAVIT OF SERVICE

I, Cynthia L. McMichael, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on February 25, 2005, I caused to be served the foregoing **ENTRY OF APPEARANCE** by depositing two copies in the U.S. Mail addressed to:

Edmund D. Lyons, Jr., Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19807

_____
Cynthia L. McMichael
Legal Assistant