

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 05-02-JJF |
| | : (Under Seal) UNSEALED 6/26/06 KJK |
| CRAIG A. HURST | : |
| Defendant. | : |



FILED
APR 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by its attorney, Adrian D. Mebane, Trial Attorney, Fraud Section, United States Department of Justice, respectfully requests a continuance in this matter. In support of this motion, counsel avers as follows:

1. On January 18, 2005, defendant Craig A. Hurst was charged by Information and pled guilty pursuant to a plea agreement to one count of conspiracy to commit money laundering. Mr. Hurst was released on his own recognizance under seal pending sentencing. Other co-conspirators remain at large.

2. Pursuant to his plea agreement, Mr. Hurst agreed to cooperate with the government. Since his plea, Mr. Hurst has been working with special agents with the Federal Bureau of Investigation and investigators with the United States Department of Labor to advance the objectives of the ongoing investigation. His case remains under seal to avoid jeopardizing this investigation.

3. At the January 18, 2005 plea hearing, the parties acknowledged Mr. Hurst's cooperation with the government as well as the need for additional time to continue that

cooperation. As a result, the parties respectfully request a ninety (90) day continuance from Mr. Hurst's scheduled sentencing date of May 2, 2005.

4. The Government has discussed this Motion with Edmund D. Lyons, counsel for Mr. Hurst, and he has authorized the undersigned to represent to the Court that he does not oppose the granting of this Motion.

5. **WHEREFORE,** the Government respectfully requests that the Court grant the sentencing continuance. A proposed Order is attached.

> Respectfully submitted,
>
> COLM F. CONNOLLY
> United States Attorney
>
> BY: *[signature]*
> Adrian D. Mebane
> Trial Attorney, Fraud Section
> United States Department of Justice
>
> Shannon Thee Hanson
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899
> (302) 573-6277 x128
>
> Attorneys for the United States

Dated: April 12, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-02-JJF |
| | : (Under Seal) ☒ UNSEALED 6/26/06 |
| CRAIG A. HURST | : |
| Defendant. | : |

### ORDER

And now, this 13 day of April, 2005, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government; (2) the need for an additional ninety (90) days, from the May 2, 2005, scheduled sentencing date, to continue that cooperation; and (3) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion:

**IT IS HEREBY ORDERED** that the May 2, 2005 sentencing date is CANCELLED and that sentencing in this case be continued for a ninety (90) day period beginning on May 2, 2005.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that two (2) copies of the attached Unopposed Motion to Continue Sentencing were sent by first class mail on April 12, 2005 to the following:

Edmund D. Lyons, Esq.
Counsel for Defendant
1526 Gilpin Avenue
Wilmington, DE 19899
(302) 777-5698

Marty Durkin
United States Probation Officer
J. Caleb Boggs Federal Building
844 King Street
Lockbox #39
Wilmington, DE 19801
(302) 252-2967

Shannon Thee Hanson
Assistant U.S. Attorney