IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-002 JJF |
| CRAIG A. HURST, | : (SEALED) UNSEALED 6/26/06 KJK. |
| Defendant. | : |

ORDER

WHEREAS, on April 13, 2005, the Court granted the Government's Unopposed Motion for Continuance of the Sentencing (DI #14) hearing to held on May 2, 2005.

Now, THEREFORE, IT IS HEREBY ORDERED that Defendant's sentencing is rescheduled to **Tuesday, August 2, 2005 at 12:45 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

April 19, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE