IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 05-02-JJF |
| | : (Under Seal) UNSEALED 6/26/06 KJK |
| CRAIG A. HURST, | : |
| Defendant. | : |

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

    The United States of America, by its attorneys, Adrian D. Mebane, Trial Attorney, Fraud Section, United States Department of Justice, Shannon Thee Hanson, Assistant United States Attorney, and Colm F. Connolly, United States Attorney for the District of Delaware, respectfully requests a continuance in this matter. In support of this motion, counsel avers as follows:

    1.    On January 18, 2005, defendant Craig A. Hurst was charged by Information and pled guilty pursuant to a plea agreement to one count of conspiracy to commit money laundering. Mr. Hurst was released on his own recognizance pending sentencing. Other co-conspirators remain at large.

    2.    Pursuant to his plea agreement, Mr. Hurst agreed to cooperate with the government. Since his plea, Mr. Hurst has been working with special agents with the Federal Bureau of Investigation and investigators with the United States Department of Labor to advance the objectives of the ongoing investigation. His case remains under seal to avoid jeopardizing this investigation.

FILED

JUL 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. At the January 18, 2005 plea hearing, the parties acknowledged Mr. Hurst's cooperation with the government as well as the need for additional time to continue that cooperation. Consistent with fulfilling that cooperation, on April 12, 2005, the parties requested a ninety (90) day continuance in the sentencing date. By Order dated April 13, 2005, the Court granted the requested continuance, and by Order dated April 19, 2005, the Court scheduled sentencing in this matter for August 2, 2005 at 12:45 p.m. Here, to continue Mr. Hurst's cooperation, the parties respectfully request an additional sixty (60) day continuance from the scheduled sentencing date of August 2, 2005.

4. The Government has discussed this Motion with Edmund D. Lyons, counsel for Mr. Hurst, and he has authorized the undersigned to represent to the Court that he does not oppose the granting of this Motion.

5. WHEREFORE, the government respectfully requests that the Court grant the sentencing continuance. A proposed Order is attached.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _____
       Adrian D. Mebane
       Trial Attorney, Fraud Section
       United States Department of Justice

       Shannon Thee Hanson
       Assistant United States Attorney
       1007 Orange Street, Suite 700
       P.O. Box 276
       Wilmington, Delaware 19899
       (302) 573-6277 x128

Dated: July 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Unopposed Motion to Continue Sentencing were sent by first class mail on July 7, 2005 to the following:

Edmund D. Lyons, Esq.
Counsel for Defendant
1526 Gilpin Avenue
Wilmington, DE 19899
(302) 777-5698

Marty Durkin
United States Probation Officer
J. Caleb Boggs Federal Building
844 King Street
Lockbox #39
Wilmington, DE 19801
(302) 252-2967

Shannon Thee Hanson
Assistant United States Attorney