IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case No. 05-02-JJF |
| | : | (Under Seal) UNSEALED 6/26/06 KJTC |
| CRAIG A. HURST | : | |
| Defendant. | : | |

## ORDER

And now, this 12 day of July, 2005, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government, (2) the need for an additional sixty (60) days, from the August 2, 2005, scheduled sentencing date, to continue that cooperation, and (3) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that the August 2, 2005 sentencing date is CANCELLED and that sentencing in this case be continued for a sixty (60) day period beginning on August 2, 2005 until ____TBD____.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED

JUL 1 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE