IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case No. 05-02-JJF |
| | : | (Under Seal) UNSEALED 6/26/06 KJK |
| CRAIG A. HURST | : | |
| Defendant. | : | |

**ORDER**

And now, this 16th day of September, 2005, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government, (2) the need for an additional ninety (90) days, from October 2, 2005, to continue that cooperation, and (3) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that sentencing in this case be continued for a ninety (90) day period beginning on October 2, 2005 until January 2, 2006 at 11:00 a.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE