

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-002 JJF |
| CRAIG A. HURST, | : (SEALED) UNSEALED 6/26/06 KJK. |
| Defendant. | : |

### O R D E R

WHEREAS, the Court issued an order granting the Government's ninety (90) day continuance request from the October 2, 2005 sentencing date;

WHEREAS the Defendant's Sentencing was scheduled for January 2, 2006 at 11:00 a.m.;

WHEREAS, January 2, 2006 is the observance date for the New Year Holiday;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, January 12, 2006 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

October 5, 2005
DATE

UNITED STATES DISTRICT JUDGE

FILED
OCT 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE