IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case 05-02-JJF |
| | : | (Under Seal) |
| CRAIG A. HURST, | : | |
| Defendant. | : | |



**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

    The United States of America, by its attorneys, Jeffrey A. Neiman, Trial Attorney, Fraud Section, United States Department of Justice, Shannon Thee Hanson, Assistant United States Attorney, and Colm F. Connolly, United States Attorney for the District of Delaware, respectfully requests a continuance in this matter. In support of this motion, counsel avers as follows:

    1.    On January 18, 2005, defendant Craig A. Hurst was charged by Information and pled guilty pursuant to a plea agreement to one count of conspiracy to commit money laundering. Mr. Hurst was released on his own recognizance pending sentencing. Other co-conspirators remain at large.

    2.    Pursuant to his plea agreement, Mr. Hurst agreed to cooperate with the government. Since his plea, Mr. Hurst has been working with special agents with the Federal Bureau of Investigation and investigators with the United States Department of Labor to advance the objectives of the ongoing investigation. He continues to work with the Government in this ongoing investigation. His case remains under seal to avoid jeopardizing this investigation.

    3.    At the January 18, 2005 plea hearing, the parties acknowledged Mr. Hurst's cooperation with the government as well as the need for additional time to continue that

cooperation. Consistent with fulfilling that cooperation, on April 12, 2005, the parties requested a ninety (90) day continuance in the sentencing date, which was granted by Order dated April 13, 2005. More time was needed to fulfill the requirements of Mr. Hurst's cooperation, and the Court granted a second ninety (90) day continuance, until October 2, 2005, by Order dated July 12, 2005. Due to Mr. Hurst's continued cooperation, the Court granted a third continuance until January 2, 2006, by Order dated September 16, 2005. The Court subsequently rescheduled sentencing for January 12, 2006 at 10:00 a.m., by Order dated October 5, 2005.

4. Mr. Hurst is still cooperating with the government in its ongoing investigation and in order to ensure this cooperation continues uninterrupted, the Government would ask for an additional ninety (90) day continuance.

5. The Government has discussed this Motion with Edmund D. Lyons, counsel for Mr. Hurst, and he has authorized the undersigned to represent to the Court that he does not oppose the granting of this Motion.

6. WHEREFORE, the government respectfully requests that the Court grant the sentencing continuance. A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Jeffrey A. Nejman
Trial Attorney, Fraud Section
United States Department of Justice

Shannon Thee Hanson
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19899
(302) 573-6277 x128

Dated: December 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Unopposed Motion to Continue Sentencing were sent by first class mail on December 13, 2005 to the following:

Edmund D. Lyons, Esq.
Counsel for Defendant
1526 Gilpin Avenue
Wilmington, DE 19899
(302) 777-5698

Martin P. Durkin
United States Probation Officer
J. Caleb Boggs Federal Building
844 King Street
Lockbox #39
Wilmington, DE 19801
(302) 252-2967

Shannon Thee Hanson
Assistant United States Attorney