(22)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-02-JJF |
| | : (Under Seal) UNSEALED 6/26/06 |
| CRAIG A. HURST | :                                    KJK |
| Defendant. | : |

### ORDER

And now, this  14  day of December, 2005, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government, (2) the need for an additional ninety (90) days, from January 12, 2006, to continue that cooperation, and (3) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that sentencing in this case be continued for a ninety (90) day period beginning on January 12, 2006 until  MAY 4 2006 AT 11:30 A.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
DEC 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE