23

RECEIVED

APR 1 7 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Case No.: 05-02-JJF |
| | ) (Under Seal) UNSEALED 6/26/06. KJK |
| CRAIG A. HURST, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

The Defendant, by his attorney, Edmund Daniel Lyons, respectfully requests a continuance of the now set May 4, 2006 sentencing date in this matter. In support of this Motion, counsel avers as follows:

1. On January 18, 2005, Defendant, Craig A. Hurst, was charged by Information and pled guilty pursuant to a plea agreement to one count of conspiracy to commit money laundering. Mr. Hurst was released on his own recognizance pending sentencing. Other co-conspirators remain at large.

2. Pursuant to his plea agreement, Mr. Hurst agreed to cooperate with the Government. Since his plea, Mr. Hurst has been working with special agents with the Federal Bureau of Investigation and investigators with the United States Department of Labor to advance to objectives of the ongoing investigation. He continues to work with the Government in this ongoing investigation. His case remains under seal to avoid jeopardizing this investigation.

3.    At the January 18, 2005 plea hearing, the parties acknowledged Mr. Hurst's cooperation with the government as well as the need for additional time to continue that cooperation. Consistent with fulfilling that cooperation, on April 12, 2005, the parties requested a ninety (90) day continuance in the sentencing date, which was granted by Order dated April 13, 2005.  More time was needed to fulfill the requirements of Mr. Hurst's cooperation, and the Court granted a second ninety (90) day continuance, until October 2, 2005, by Order dated July 12, 2005.  Due to Mr. Hurst's continued cooperation, the Court granted a third continuance until January 2, 2006, by Order dated September 16, 2005.  For the same reason, the Court subsequently rescheduled sentencing for January 2, 2006 to May 4, 2006.

4.  Russell Berscht, a co-defendant against whom Mr. Hurst is likely to be called to testify by the government, is currently facing extradition proceedings in Canada now set for May 12, 2006.

5.  Mr. Hurst is still cooperating with the government in its ongoing investigation and in order to ensure this cooperation continues uninterrupted, the Defendant would ask for an additional ninety (90) day continuance.

6.  The Defendant has discussed this Motion with Jeffrey A. Neiman, counsel for the Government, and he has authorized the undersigned to represent to the Court that he does not oppose the granting of this Motion.

WHEREFORE, the Defendant respectfully requests that the Court grant the sentencing continuance.  A proposed Order is attached.

_____
Edmund Daniel Lyons - 0881
Attorney for Defendant
1526 Gilpin Avenue
P. O. Box 579
Wilmington, Delaware 19899
(302) 777-5698

Dated:  April 12, 2006

## AFFIDAVIT OF MAILING

I, Donna L. Hendricks, secretary for Edmund Daniel Lyons, Esquire hereby certifies that on this ___/2___ day of April, 2006, I caused two copies of the attached:   Unopposed Motion For Continuance of Sentencing, to be delivered by first-class mail to the following:

Shannon Hanson, AUSA
1007 Orange Street, #700
P. O. Box 2046
Wilmington, DE   19899

Jeffrey Neimon, AUSA
United States Dept. of Justice
1400 New York Avenue
Room 3112
Washington, DC   20530

Martin P. Durkin
United States Probation Officer
J. Caleb Boggs Federal building
844 King Street
Lockbox #39
Wilmington, DE   19801


Donna L. Hendricks