IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Case No.: 05-02-JJF |
| | ) (Under Seal) UNSEALED 6/26/06 KJK |
| CRAIG A. HURST, | ) |
| | ) |
| Defendant. | ) |

ORDER

And now, this __18__ day of April, 2006, the Court being advised of (1) Defendant, Hurst's ongoing cooperation with the government; (2) the need for an additional ninety (90) days, from May 4, 2006, to continue that cooperation; and, (3) the Defendant's representations to the Court that counsel for the Government does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that sentencing in this case be continued for a ninety (90) day period beginning May 4, 2006 until __August 4__, 2006.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
APR 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE