IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG A. HURST,<br><br>　　　　　Defendant. | ~~SEALED~~ UNSEALED 6/26/06 KJK.<br><br>Criminal Action No. 05-02 JJF |

### O R D E R

IT IS HEREBY ORDERED that sentencing of the above Defendant will be held on Friday, August 4, 2006, at 11:00 a.m., in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 7, 2006　　　　　　　　　　　　／s／ Joseph J. Farnan
DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



FILED
JUN 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE