IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-02-JJF |
| | ) | |
| CRAIG A. HURST, | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO UNSEAL INFORMATION AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, hereby moves that the Information and file in the above-captioned case be unsealed in the interests of justice, as Russell Berscht has been arrested and is currently in United States custody.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: June 22, 2006

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AND NOW, this 26 day of June, 2006, upon the foregoing Motion, it is hereby

ORDERED that the Information and file in the above-captioned case are hereby unsealed.

_____
Joseph J. Farnan, Jr.
United States District Judge

FILED
JUN 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE