## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Case 05-02-JJF |
| | : | |
| CRAIG A. HURST, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorneys, Colm F. Connolly, United

States Attorney for the District of Delaware, and Jeffrey A. Neiman, Trial Attorney, Fraud

Section, United States Department of Justice, hereby files this Notice of Appearance, designating

Jeffrey A. Neiman as the lead attorney in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Jeffrey A. Neiman
Trial Attorney, Fraud Section
United States Department of Justice

Dated: July 13, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Case 05-02-JJF |
| | : | |
| CRAIG A. HURST, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Jeffrey A. Neiman, a Trial Attorney with the U.S. Department of Justice, Fraud Section,

do hereby certify that on this 13th day of July, 2006, I caused to be electronically filed a **Notice of**

**Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing

and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed to

counsel of record as follows:

Edmund D. Lyons, Esq.
Counsel for Defendant
1526 Gilpin Avenue
Wilmington, DE 19899
(302) 777-5698

_____
Jeffrey A. Neiman
Trial Attorney