IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-02 JJF |
| CRAIG A. HURST, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to the Felony Information;

WHEREAS, the Court granted the Government's Unopposed Motion for Continuance of the Sentencing (D.I. 32) to be held on August 4, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, December 14, 2006 at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

August 23, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
AUG 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE