IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 05-02-JJF |
| CRAIG A. HURST, | : |
| Defendant. | : |

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by its attorneys, Jeffrey A. Neiman, Trial Attorney, Fraud Section, United States Department of Justice, Shannon Thee Hanson, Assistant United States Attorney, and Colm F. Connolly, United States Attorney for the District of Delaware, respectfully requests a continuance in this matter. In support of this motion, counsel avers as follows:

1. On January 18, 2005, defendant Craig A. Hurst was charged by Information and pled guilty pursuant to a plea agreement to one count of conspiracy to commit money laundering. Mr. Hurst was released on his own recognizance pending sentencing. This matter remained under seal until June 26, 2006, at which time co-conspirator Russell Berscht made his initial appearance in the United States.

2. Pursuant to his plea agreement, Mr. Hurst agreed to cooperate with the government. Since his plea, Mr. Hurst has been working with special agents with the Federal Bureau of Investigation and investigators with the United States Department of Labor to advance the objectives of the ongoing investigation. He continues to work with the Government in this matter.

3. At the January 18, 2005 plea hearing, the parties acknowledged Mr. Hurst's cooperation with the government as well as the need for additional time to continue that cooperation. Consistent with fulfilling that cooperation, on April 12, 2005, the parties requested a ninety (90) day continuance in the sentencing date, which was granted by Order dated April 13, 2005. More time was needed to fulfill the requirements of Mr. Hurst's cooperation, and the Court granted a second ninety (90) day continuance, until October 2, 2005, by Order dated July 12, 2005. Due to Mr. Hurst's continued cooperation, the Court granted a third continuance until January 2, 2006, by Order dated September 16, 2005. For the same reason, the Court subsequently rescheduled sentencing for January 2, 2006 to May 4, 2006 and then again to August 4, 2006 and then again to December 14, 2006.

4. Mr. Hurst is still cooperating with the Government and is expected to be called a witness in a related matter, *United States v. Russell Berscht*, Case No. 04-98-JJF. Defendant Berscht was arraigned in the District of Delaware of June 30, 2006. No trial date is currently scheduled.

5. In order to ensure Mr. Hurst's cooperation continues uninterrupted, the United States would ask for a continuance until the Berscht matter is resolved, not to exceed 120 days.

6. The Government has discussed this Motion with Edmund D. Lyons, counsel for Mr. Hurst, and he has authorized the undersigned to represent to the Court that he does not oppose the granting of this Motion.

WHEREFORE, the government respectfully requests that the Court grant the sentencing continuance. A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Jeffrey A. Neiman /STA

Jeffrey A. Neiman
Trial Attorney, Fraud Section
United States Department of Justice

Shannon Thee Hanson
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 276
Wilmington, Delaware 19899
(302) 573-6277 x128

Dated: November 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Unopposed Motion to Continue Sentencing were sent by first class mail on November 29, 2006 to the following:

Edmund D. Lyons, Esq.
Counsel for Defendant
1526 Gilpin Avenue
Wilmington, DE 19899
(302) 777-5698

Marty Durkin
United States Probation Officer
J. Caleb Boggs Federal Building
844 King Street
Lockbox #39
Wilmington, DE 19801
(302) 252-2967

Shannon T. Hanson
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-02-JJF |
| CRAIG A. HURST | : |
| Defendant. | : |

## ORDER

And now, this ____ day of _____, 2006, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government, (2) the need for additional time from December 14, 2006, to continue that cooperation, and (3) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion,

IT IS HEREBY ORDERED that sentencing in this case be continued for a one-hundred and twenty (120) day period beginning on December 14, 2006, until _____.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge