IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-02-JJF |
| CRAIG A. HURST | : |
| Defendant. | : |

ORDER

And now, this 30 day of November, 2006, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government, (2) the need for additional time from December 14, 2006, to continue that cooperation, and (3) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion,

IT IS HEREBY ORDERED that sentencing in this case be continued for a one-hundred and twenty (120) day period beginning on December 14, 2006, until APRIL 20, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
NOV 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE