IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Case No. 05-02-JJF |
| | : |
| CRAIG A. HURST | : |
| | : |
| Defendant. | : |

## ORDER

And now, this 17 day of July, 2007, the Court being advised of (1) defendant Hurst's ongoing cooperation with the government, (2) the need for additional time from August 2, 2007, to continue that cooperation, (3) the trial of co-conspirator Russell Berscht beginning September 10, 2007, (4) the government's representations to the Court that counsel for defendant Hurst does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that sentencing in this case be continued until TBD.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge