# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :  1:05-cr-00002 |
| v. | : |
| | : |
| **CRAIG A. HURST** | : |
| | : |
| **Defendant** | : |

NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL

The undersigned hereby provides notice she is one of the government counsel in the above captioned case.

Respectfully submitted,

STEVEN A. TYRELL
Chief, Fraud Section

By:  */s/* AMANDA RIEDEL
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
Tel: 202-514-0930