UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **1:05-cr-00002** |
| v. | : | |
| | : | MOTION TO CHANGE |
| **CRAIG A. HURST** | : | SENTENCING DATE |
| | : | |
| **Defendant** | : | |

## MOTION TO CHANGE SENTENCING DATE

    The United States of America, by and through its undersigned attorneys, respectfully moves this Court to change the sentencing date for the defendant, CRAIG A. HURST, from January 11, 2008, at 1:00 p.m. to January 10, 2008, at 12:30 p.m.  As the Court is aware, the defendant's co-conspirator, Russell Berscht, is scheduled to be sentenced on January 10, 2008, at 11:30 a.m.  As the attorneys and agents for the government will be traveling to Delaware from Washington, DC and Texas, respectively, the government requests that Hurst's sentencing commence immediately after Berscht's sentencing, specifically on January 10, 2008, at 12:30 p.m.  Counsel for the defendant does not object to moving the defendant Hurst's sentencing to January 10, 2008 at 12:30 p.m.

                                                  Respectfully submitted,

                                                  STEVEN A. TYRELL
                                                  Chief, Fraud Section

By:   */s/* AMANDA RIEDEL
       Trial Attorney
       Fraud Section, Criminal Division
       United States Department of Justice
       Tel: 202-514-0930

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **1:05-cr-00002** |
| v. | : | |
| | : | |
| **CRAIG A. HURST** | : | ORDER |
| | : | |
| **Defendant** | : | |

**ORDER**

WHEREAS the Court being advised that (1) the defendant Hurst's co-conspirator, Russell Berscht, is scheduled to be sentenced on January 10, 2008 at 11:30 a.m.; (2) the attorneys and agents for the government will be traveling to Delaware to attend Berscht's sentencing on January 10, 2008; (3) the government has requested that the defendant Hurst's sentencing occur on the same day and immediately after Berscht's sentencing; and (4) counsel for the defendant does not object to moving the defendant Hurst's sentencing to January 10, 2008 at 12:30 p.m.,

**IT IS HEREBY ORDERED** that the defendant, CRAIG A. HURST, will be sentenced on January 10, 2008, at 12:30 p.m. in Courtroom 4B before the Honorable Joseph J. Farnan, Jr.

_____                    _____
Date                                                                    The Honorable Joseph J. Farnan, Jr.
                                                                                United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served via electronic mail to defense counsel at:

        Daniel Lyons, Esq.
        The Lyons Law Firm
        1526 Gilpin Avenue
        Wilmington, DE

        *s/ Amanda L. Riedel*
        AMANDA L. RIEDEL
        Trial Attorney, Fraud Section
        Criminal Division
        U.S. Department of Justice