UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **1:05-cr-00002** |
| v. | : | |
| | : | MOTION TO CHANGE |
| **CRAIG A. HURST** | : | SENTENCING DATE |
| | : | |
| **Defendant** | : | |

## MOTION TO CHANGE SENTENCING DATE

The United States of America, by and through its undersigned attorneys, respectfully moves this Court to change the sentencing date for the defendant, CRAIG A. HURST, from January 10, 2008, at 12:30 p.m. to March 10, 2008, at 12:30 p.m. As the Court is aware, the defendant's co-conspirator, Russell Berscht's sentencing has recently been continued from January 10, 2008, to March 10, 2008, at 11:30 a.m. As the attorneys and agents for the government will be traveling to Delaware from Washington, DC and Texas, respectively, the government requests that Hurst's sentencing commence immediately after Berscht's sentencing, specifically on March 10, 2008, at 12:30 p.m. The defendant does not object to continuing the sentencing date.

Respectfully submitted,

STEVEN A. TYRELL
Chief, Fraud Section

By:  /s/ AMANDA RIEDEL
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
Tel: 202-514-0930

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **1:05-cr-00002** |
| v. : | |
| : | |
| **CRAIG A. HURST** : | ORDER |
| : | |
| **Defendant** : | |

## ORDER

WHEREAS the Court being advised that (1) the defendant Hurst's co-conspirator, Russell Berscht, is scheduled to be sentenced on March 10, 2008 at 11:30 a.m.; (2) the attorneys and agents for the government will be traveling to Delaware to attend Berscht's sentencing on March 10, 2008; (3) the government has requested that the defendant Hurst's sentencing occur on the same day and immediately after Berscht's sentencing; and (4) the defendant does not object to moving the defendant Hurst's sentencing to March 10, 2008 at 12:30 p.m.,

**IT IS HEREBY ORDERED** that the defendant, CRAIG A. HURST, will be sentenced on March 10, 2008, at 12:30 p.m. in Courtroom 4B before the Honorable Joseph J. Farnan, Jr.

_____          _____
Date                                                                  The Honorable Joseph J. Farnan, Jr.
                                                                              United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served via electronic mail to defense counsel at:

        Daniel Lyons, Esq.
        The Lyons Law Firm
        1526 Gilpin Avenue
        Wilmington, DE


        *s/ Amanda L. Riedel*
        AMANDA L. RIEDEL
        Trial Attorney, Fraud Section
        Criminal Division
        U.S. Department of Justice