UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 1:05-CR-00002 |
| | : | |
| CRAIG A. HURST | : | |

**NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL**

Stacey K. Luck, Trial Attorney, Fraud Section, Criminal Division, United States Department of Justice, hereby provides notice that she is one of the government counsel in the above captioned case.

    Respectfully submitted,

    STEVEN A. TYRRELL
    Chief, Fraud Section

By:    /s/ STACEY K. LUCK
    Trial Attorney
    Fraud Section, Criminal Division
    United States Department of Justice
    1400 New York Ave.
    Bond Building
    Washington, D.C.  20005
    (202) 305-0273