UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:05-cr-00002 |
| v. | : | |
| | : | |
| CRAIG A. HURST | : | ORDER |
| | : | |
| Defendant | : | |

## ORDER

WHEREAS the Court being advised that (1) the defendant Hurst's co-conspirator, Russell Berscht, is scheduled to be sentenced on March 10, 2008 at 11:30 a.m.; (2) the attorneys and agents for the government will be traveling to Delaware to attend Berscht's sentencing on March 10, 2008; (3) the government has requested that the defendant Hurst's sentencing occur on the same day and immediately after Berscht's sentencing; and (4) the defendant does not object to moving the defendant Hurst's sentencing to March 10, 2008 at 12:30 p.m.,

**IT IS HEREBY ORDERED** that the defendant, CRAIG A. HURST, will be sentenced on March 10, 2008, at 12:30 p.m. in Courtroom 4B before the Honorable Joseph J. Farnan, Jr.

_____January 7, 2008_____
Date

_____[signature]_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
JAN 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE