UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            :
                                     :
        v.                           :        CASE NO. 1:05-CR-00002
                                     :
CRAIG A. HURST                       :

### NOTICE OF WITHDRAWAL

Jeffrey A. Neiman, Trial Attorney, Fraud Section, Criminal Division, United States

Department of Justice, hereby provides notice that he is withdrawing as government counsel in the

above captioned case.

Respectfully submitted,

STEVEN A. TYRRELL
Chief, Fraud Section

By:    /s/ JEFFREY A. NEIMAN
       Trial Attorney
       Fraud Section, Criminal Division
       United States Department of Justice
       1400 New York Ave.
       Bond Building
       Washington, D.C.  20005
       (202) 305-1145