IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-02 JJF |
| CRAIG A. HURST, | : |
| Defendant. | : |

### O R D E R

WHEREAS, due to a scheduling conflict, the time of Sentencing will be changed in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that Sentencing of the above Defendant will be held on March 10, 2008, **at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 3, 2008
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE

FILED

MAR - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE